# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Alyssa and Neil Phillips,<br><br>Plaintiffs,<br><br>v.<br><br>Laboratory Corporation of America,<br><br>Defendant. | CIVIL ACTION NO.<br>1:10-CV-1288-SCJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Alyssa and Neil Phillips, by and through their counsel of record, DISMISS WITH PREJUDICE all claims against Defendant Laboratory Corporation of America that were, or could have been, raised in the above-styled lawsuit. The parties shall each bear their own costs, expenses and attorneys' fees.

Dated: October 21st, 2011                                  Respectfully submitted,

1

| *Counsel for Plaintiffs* | *Counsel for Defendant* |
|---|---|
| /s/ *Wendy G. Huray* | /s/ *Olivia E. Marbutt* |
| Philip C. Henry | Olivia E. Marbutt |
| (Ga. Bar No. 347975) | (Ga. Bar No. 141255) |
| Wendy G. Huray | JONES DAY |
| (Ga. Bar No. 310930) | 1420 Peachtree Street |
| HENRY SPIEGEL MILLING LLP | Suite 800 |
| 950 East Paces Ferry Road | Atlanta, Georgia 30309 |
| Suite 2450 | Telephone: (404) 521-3939 |
| Atlanta, GA 30326 | Facsimile: (404) 581-8330 |
| Telephone: (404) 832-8000 | E-mail: oemarbutt@jonesday.com |
| Facsimile: (404) 832-8050 | |
| E-mails: pch@hsm-law.com | |
| wgh@hsm-law.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to the following counsel of record:

*Counsel for Plaintiffs*

    Philip C. Henry (pch@hsm-law.com)
    Wendy G. Huray (wgh@hsm-Iaw.com)

*Counsel for LabCorp*

    Olivia E. Marbutt (oemarbutt@jonesday.com)

This 21st day of October, 2011

                                            /s/ *Wendy G. Huray*
                                            Wendy G. Huray
                                            (Ga. Bar No. 310930)

                                            *An Attorney for Plaintiffs*

HENRY SPIEGEL MILLING LLP
950 East Paces Ferry Road
Suite 2450
Atlanta, GA 30326
Telephone: (404) 832-8000
Facsimile: (404) 832-8050